Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA HANBY, | ) Case No. |
| | ) |
| Plaintiff, | ) COMPLAINT FOR VIOLATION |
| | ) OF FEDERAL FAIR DEBT |
| vs. | ) COLLECTION PRACTICES ACT |
| | ) AND ROSENTHAL FAIR DEBT |
| NATIONAL CREDIT ADJUSTERS, | ) COLLECTION PRACTICES ACT |
| L.L.C., | ) |
| | ) |
| Defendant. | ) |

## I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* (hereinafter "FDCPA"), and the Rosenthal Fair Debt Collection Practices Act, Cal Civ Code §1788, *et seq.* (hereinafter "RFDCPA"), both of which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

## II. JURISDICTION

2.  Jurisdiction of this Court arises under 15 U.S.C. §1692k (d).

## III. PARTIES

3.  Plaintiff, Veronica Hanby ("Plaintiff"), is a natural person residing in Sacramento county in the state of California, and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3) and is a "debtor" as defined by Cal Civ Code §1788.2(h).

4.  At all relevant times herein, Defendant, National Credit Adjusters, L.L.C.. ("Defendant") was a company engaged, by use of the mails and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "debt," as defined by 15 U.S.C. §1692a(5), and a "consumer debt," as defined by Cal Civ Code §1788.2(f). Defendant regularly attempts to collect debts alleged to be due another, and therefore is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6), and RFDCPA, Cal Civ Code §1788.2(c).

## IV. FACTUAL ALLEGATIONS

5.  Plaintiff entered into a payment and settlement agreement with Defendant for an alleged debt owed to Defendant or a client of Defendant.

6.  On or about March 4, 2010, Defendant sent Plaintiff a letter disclosing the amount for settlement and the due date of March 20, 2010, at

which time, the payment must be received by Defendant. A true and correct copy of the letter is attached hereto as Exhibit "A".

7. In exchange for the settlement payment, Defendant thereby agrees to consider the debt paid in full and Defendant "will report the account paid in full to the credit reporting agencies."

8. On or about March 8, 2010, Plaintiff sent Defendant that a check for the total settlement payment via Federal Express that was received by C. Heronimus on March 10, 2010 at approximately 11:38pm, an employee of Defendant, at the address indicated in Defendant's March 4, 2010 letter. A true and correct copy of the check, proof of mailing, and proof of receipt, are attached hereto as Exhibit "B".

9. On or about June 8, 2010, Plaintiff accessed her consumer credit report from Transunion which included a negative tradeline from Defendant for the alleged debt that was paid in full through the settlement.

10. On or about June 18, 2010, Plaintiff accessed her consumer credit report from Experian which included a negative tradeline from Defendant for the alleged debt that was paid in full through the settlement.

11. Despite Plaintiff's timely payment pursuant to the Settlement agreement of March 4, 2010, Defendant has and continues to negatively report the alleged debt on Plaintiff's credit report.

12. Defendant's conduct violated the FDCPA and the RFDCPA in multiple ways, including but not limited to:

1. Falsely representing the character, amount, or legal status of Plaintiffs debt, including continuing to report a settled debt unpaid (§1692e(2)(A)); and
2. Communicating or threatening to communicate credit information which is known or which should be known to be false (§1692e(8)).

13. As a result of the above violations of the FDCPA and RFDCPA Plaintiff suffered and continues to suffer injury to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and emotional distress, and Defendant is liable to Plaintiff for Plaintiff's actual damages, statutory damages, and costs and attorney's fees.

## COUNT I: VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

14. Plaintiff reincorporates by reference all of the preceding paragraphs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

A. Declaratory judgment that Defendant's conduct violated the FDCPA;

B. Actual damages;

C. Statutory damages;

D. Costs and reasonable attorney's fees; and,

E. For such other and further relief as may be just and proper.

## COUNT II: VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

15. Plaintiff reincorporates by reference all of the preceding paragraphs.

16. To the extent that Defendant's actions, counted above, violated the RFDCPA, those actions were done knowingly and willfully

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

A. Declaratory judgment that Defendant's conduct violated the RFDCPA;

B. Actual damages;

C. Statutory damages for willful and negligent violations;

D. Costs and reasonable attorney's fees,

E. For such other and further relief as may be just and proper.

### PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY

Respectfully submitted this 11th day of October, 2010.

By: /s Todd M Friedman
**TODD M. FRIEDMAN (216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff**

EXHIBIT "A"

# National Credit Adjusters
P.O Box 3023 - 327 W. 4th Street
Hutchinson, KS 67504-3023
Toll Free: 1-800-542-1048
Fax: 620-664-5947

Veronica L Hanby
8612 Redwater Dr
Antelope CA 95843-4948

03/04/2010

RE: Debtor:              Veronica L Hanby
    Original Creditor:   HSBC
    Account No:          5406330016845026
    NCA Ref. No:         3703241
    Balance:             $1,028.11

It has been agreed that your account for $1,028.11 will be settled as paid in full for the sum of $410.30.

You must have said amount in my office at National Credit Adjusters no later than March 20, 2010, by Federal Express, UPS, Next Day Service, Credit Card, Western Union Quick Collect or Bank Wire Transfer. Call 1-800-542-1048 EXT. 1206 to find out which option would best fit you.

Upon receipt of final payment, NCA will report the account paid in full to the credit reporting agencies.

If the above said amount is not received by said date, this settlement offer is void, and we are not obligated to renew this offer.

This communication is from a debt collector attempting to collect a debt. Any information obtained will be used for that purpose.

Sincerely,

*Tiffany Howard X 1206*
National Credit Adjusters

EXHIBIT "B"



RETAIN THIS COPY FOR YOUR RECORDS.

**FedEx US Airbill**

Tracking Number: 8703 4793 0860

1 From
Date: 3/8/10
Sender's FedEx Account Number: 2875-2246-0
Sender's Name: V. Hanby
Phone: 916-520-8052

Company:
Address: 8612 Redwater Dr
City: Antelope   State: CA   ZIP: 95843

2 Your Internal Billing Reference

3 To
Recipient Name: Settlement Dept.
Phone: 800-542-1048
Company: National Credit Ag
Address: 327 W. 4th St.
PO Box 3023
City: Hutchinson   State: KS   ZIP: 67504-3023

4a Express Package Service
- FedEx Priority Overnight
- FedEx Standard Overnight
- FedEx First Overnight
- FedEx 2Day ✗
- FedEx Express Saver

4b Express Freight Service
- FedEx 1Day Freight
- FedEx 2Day Freight
- FedEx 3Day Freight

5 Packaging
- FedEx Envelope ✗
- FedEx Pak
- FedEx Box
- FedEx Tube
- Other

6 Special Handling and Delivery Signature Options
- SATURDAY Delivery
- No Signature Required
- Direct Signature
- Indirect Signature

Does this shipment contain dangerous goods? No

- Dry Ice
- Cargo Aircraft Only

7 Payment Bill to:
Sender ✗   Recipient   Third Party   Credit Card   Cash/Check

Total Packages   Total Weight   Total Declared Value

554



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

March 12, 2010

Dear Customer:

The following is the proof-of-delivery for tracking number **870347930860**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Mar 10, 2010 11:38 |
| **Signed for by:** | C.HEIRONIMUS | | |
| **Service type:** | FedEx 2Day Envelope | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 870347930860 | **Ship date:** | Mar 8, 2010 |

**Recipient:**
US

**Shipper:**
ANT US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339